C. A. 9th Cir. Certiorari denied.

No. 89–7014. JONES v. MICHIGAN DEPARTMENT OF EDUCA-TION. C. A. 6th Cir. Certiorari denied.

No. 89–7015. HOLOWAY v. EVANS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 89–7016. LUNDY v. CAMBELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7032. MUJICA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7033. LIND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7046. GRISSO v. DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 89–7052. TUTTLE v. TUTTLE. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 89–7064. HAMPEL ET VIR v. AUTORIDAD DE ENERGIA ELECTRICA DE PUERTO RICO ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–7066. GULLETT v. ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 89–7070. WILLIAMS v. GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 89–7072. COOPER v. DUGGER, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7074. SHELTON v. PHILLUPS. C. A. 2d Cir. Certiorari denied.

No. 89–7075. SHELTON v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 89–7079. VENERI v. CASEY, GOVERNOR OF PENNSYLVA-NIA, ET AL. C. A. 3d Cir. Certiorari denied.